ACCEPTED
08-23-00017-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
1/23/2023 10:16 AM
ELIZABETH G. FLORES
CLERK

08-23-00017-CV

**NO. 08-23-00017-CV**

IN THE COURT OF APPEALS
FOR THE EIGHTH JUDICIAL DISTRICT
EL PASO, TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/23/2023 10:16:03 AM
ELIZABETH G. FLORES
Clerk

WHATABURGER RESTAURANTS LLC,
*Appellant*,

V.

ROSA ELIA FUENTES,
*Appellee*

From the District Court of Bexar County
57th Judicial District of Texas
No. 2022-CI-11371

**WHATABURGER RESTAURANTS LLC'S UNOPPOSED FIRST
MOTION TO EXTEND TIME TO FILE BRIEF**

WHATABURGER RESTAURANTS LLC, by and through undersigned counsel, respectfully files this unopposed first motion for extension of time to file its brief and would show the court as follows:

**A. INTRODUCTION**

1.     Appellant is Whataburger Restaurants LLC. Appellee is Rosa Elia Fuentes. Appellant filed its Notice of Appeal on December 9, 2022, pursuant to Tex. Civ. Prac. & Rem. Code § 27.008.

2.      The Reporter's Record was filed on December 19, 2022. The Clerk's Record was filed on January 5, 2023. Therefore, Appellant's brief is due to be filed on January 25, 2022.[1]

3.      Appellant seeks an extension of twenty days, until February 14, 2023, in which to file its brief.

4.      This is Whataburger's first request for an extension of time to file its brief.

5.      This first Motion for extension of time is filed before the deadline to file the brief. Tex.R.App.P.38.6(d).

6.      This Motion is unopposed.

7.      This Motion is made pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

8.      Undersigned is currently preparing Appellant's brief due to be filed on January 30, 2023, in the case *The University of Texas Health Science Center at Houston and Morgan M. Pomeranz, M.D. v. Soine Fisher, Individually on Behalf of All Wrong Death Beneficiaries of Buster Fisher, Deceased and on Behalf of Buster Fisher, Deceased,* Case No. 04-22-00696-CV. Undersigned is also involved in a document review involving over 10,000 documents in preparation for a sanctions hearing set on February 6, 2023 in the case of *Brooke Gilmartin, Independent Court Administrator of the Estate of J. Edward Charles Gilmartin, Deceased v. NEC Networks, LLC D/B/A CaptureRx;* No. 2018PC3985. Counsel is also currently briefing dispositive motions and jurisdictional motions in the case *Tran Dang v. Delirium TV, LLC, Kinetic Content, LLC, and Thomas Smith* No. 2022-50674.

9.      The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

---

[1] As of the date of this filing, the deadline for Appellant to file its brief does not currently appear on the Court's calendar. The Fourth Court of Appeals inquired into its jurisdiction to hear this appeal in the absence of a written order. A response to that inquiry was filed on January 11, 2023. This Court has jurisdiction of Appellant's interlocutory appeal pursuant to Tex. Civ. Prac. & Rem. Code § 27.008.

## B. PRAYER

For these reasons, Whataburger Restaurants LLC asks the Court to grant an extension of time to file its brief until February 14, 2023.

Respectfully submitted,

GERMER PLLC
1826 North Loop 1604 West, Suite 300
San Antonio, Texas 78248
(210) 640-1650 (Office)
(512) 472-0721 (Fax)

By:  */s/ Karen L. Landinger*
Roland F. Gonzales
State Bar No. 24049431
rgonzales@germer-sa.com
Javier T. Duran
State Bar No. 24012568
jduran@germer-sa.com
Karen L. Landinger
State Bar No. 00787873
klandinger@germer-sa.com

**ATTORNEYS FOR APPELLANT
WHATABURGER
RESTAURANTS LLC**

## CERTIFICATE OF CONFERENCE

This is to certify that Karen L. Landinger, attorney for Appellant, conferred with Bobby Garcia, attorney for Appellee, on January 20, 2023, and he is unopposed to the filing of this motion.

/s/ Karen L. Landinger
KAREN L. LANDINGER


## CERTIFICATE OF SERVICE

I certify that on the 23rd day of January 2023, a true and correct copy of the foregoing Motion to Extend Time to File Brief was served on the following counsel of record by electronic service through *eFile.TXCourts.gov*; and the Motion to Extend Time to File Brief was duly filed with the Clerk of the Eighth Court of Appeals through *eFile.TXCourts.gov*, together with this proof of service:

***Via E-service:*** litigation@bobbygarcia.com
Bobby Garcia
State Bar No. 07645210
**LAW OFFICE OF BOBBY GARCIA, P.C.**
P.O. Box 5729
McAllen, Texas 78502

**Attorney for Plaintiff / Appellee**

/s/ Karen L. Landinger
KAREN L. LANDINGER

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 72033690
Status as of 1/23/2023 2:28 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bobby Garcia | | litigation@bobbygarcia.com | 1/23/2023 10:16:03 AM | SENT |